**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

**UNITED STATES OF AMERICA,**

    **Plaintiff,**

**v.**

**ANTHONY SCOTT,**

    **Defendant.**

**Case No. 2:13-cr-223**
**JUDGE EDMUND A. SARGUS, JR.**

# ORDER

This matter is before the Court on Defendant Anthony Scott's Motion for Reconsideration of Compassionate Release (ECF No. 107). Defendant previously filed a motion for compassionate release on October 16, 2020. This Court denied the motion (ECF No. 102). Defendant appealed the decision and the Court of Appeals affirmed this Court's decision (ECF No. 105). Because there is no new material information presented that the Court did not consider in its November 30, 2020 Opinion and Order, Defendant's Motion for Reconsideration is **DENIED**.

    **IT IS SO ORDERED.**

**7/18/2022**　　　　　　　　　　　　　　　**s/Edmund A. Sargus, Jr.**
**DATE**　　　　　　　　　　　　　　　　　**EDMUND A. SARGUS, JR.**
　　　　　　　　　　　　　　　　　　　　　**UNITED STATES DISTRICT JUDGE**